598

391 A.2d 681

Commonwealth v. Fernandez, Appellant.

Submitted December 31, 1977. Anthony Fernandez, appellant, in pro. per.; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.